No. D–967. IN RE DISBARMENT OF COSTIGAN. It is ordered that Robert W. Costigan, of Philadelphia, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–968. IN RE DISBARMENT OF CANNON. It is ordered that James Cannon, Jr., of New Castle, Ala., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 65, Orig. TEXAS v. NEW MEXICO. Motion of the River Master for approval of fees and expenses granted, and the River Master is awarded $4,451.32 for the period October 1 through December 31, 1990, to be paid equally by the parties. [For earlier order herein, see, e. g., ante, p. 1010.]

No. 106, Orig. ILLINOIS v. KENTUCKY. Exceptions to Report of the Special Master are set for oral argument in due course. [For earlier order herein, see, e. g., ante, p. 803.]

No. 89–7645. HERNANDEZ v. NEW YORK. Ct. App. N. Y. [Certiorari granted, ante, p. 894.] Motion of U. S. English, Inc., et al. for leave to file a brief as amici curiae denied.

No. 90–368. TOIBB v. RADLOFF. C. A. 8th Cir. [Certiorari granted, ante, p. 1060.] James Hamilton, Esq., of Washington, D. C., a member of the Bar of this Court, is invited to brief and argue this case as amicus curiae in support of the judgment below.

No. 90–5319. MCNEIL v. WISCONSIN. Sup. Ct. Wis. [Certiorari granted, ante, p. 937.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 90–6608. IN RE BRIGHT. Petition for writ of habeas corpus denied.

No. 90–6421. IN RE HUNZIKER ET AL. Petition for writ of mandamus denied.